IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**DAVID MCGOWAN**                                                                        **PLAINTIFF**

**VS.**                                             **CIVIL ACTION NO. 4:04CV79LS**

**UNKNOWN COLD, DR.; UNKNOWN
MCGAUGH and SANDRA ATWOOD**                                     **DEFENDANTS**

### JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause on or about April 5, 2006, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above described claims should be, and the same are hereby, dismissed with prejudice.

SO ORDERED this the 25th day of April, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE